# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00112-CR
NO. 03-13-00115-CR
NO. 03-13-00116-CR

**Roland Sosa, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NOS. CR-12-0484, CR-11-0554 & CR-11-0462
HONORABLE GARY L. STEEL, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Roland Sosa, acting pro se, filed a notice of appeal from his judgments of conviction for a felony offense of possession of a controlled substance, cocaine, with intent to deliver and two felony offenses of delivery of a controlled substance, cocaine. *See* Tex. Health & Safety Code Ann. § 481.112 (West 2010). However, the trial court certified that each of these cases: (1) is a plea-bargain case and Sosa has no right of appeal, and (2) Sosa waived the right of appeal. Sosa and his counsel signed all three of the trial court's certifications.

Accordingly, the appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   March 28, 2013

Do Not Publish